TKK/KOG/USAO#2011R00465

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| v. | : CRIMINAL NO. CCB-11-0329 |
| | (Extortion Under Color of Official Right, |
| | 18 U.S.C. § 1951(a)) |
| **MICHAEL CROSS** | : |

...oooOooo...

### INFORMATION

The United States Attorney for the District of Maryland charges that:

At all times relevant:

1. **MICHAEL CROSS** was employed as an active duty police officer with the Baltimore Police Department.

### COUNT ONE

2. On or about January 31, 2011, in the District of Maryland and elsewhere, the defendant,

**MICHAEL CROSS**

did knowingly and willfully obstruct, delay and affect interstate commerce and the movement of articles and commodities in interstate commerce by extortion, by unlawfully obtaining under color of official right, money and property from Hernan Alexis Moreno, with his consent, not due **CROSS** as a Baltimore Police Officer or **CROSS**'s official position.

6/13/11
Date

Rod J. Rosenstein
United States Attorney